IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CIVIL NO.: 04-1766 |
| vs. | ) |
| CHRISTINE M. BYERS, | ) |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, to-wit, upon review of the Plaintiffs' Motion for Order of Court to Issue Corrective Marshal's Deed it is hereby **ORDERED, ADJUDGED and DECREED** that an amended Marshal's Deed shall be prepared to evidence the conveyance of that portion of the real property commonly known as 324 South Fifth Avenue, Clarion County, Pennsylvania 16214 consistent with the Mortgage Foreclosure Judgment entered in this matter.

_____
J.